GIBSON, DUNN & CRUTCHER LLP
JOEL S. SANDERS, SBN 107234
ADAM WILSON, SBN 206107
One Montgomery Street, Suite 3100
San Francisco, California 94104
Telephone: (415) 393-8200
Facsimile: (415) 986-5309
JSanders@gibsondunn.com
adamwilson@gibsondunn.com

ARNOLD & PORTER
RONALD C. REDCAY, SBN 67236
777 South Figueroa Street, 44th Floor
Los Angeles, California 90017-2513
Telephone: (213) 243-4002
Facsimile: (213) 243-4199
Ronald_Redcay@aporter.com

Attorneys for Defendants
MICRON TECHNOLOGY, INC. and
MICRON SEMICONDUCTOR PRODUCTS, INC.

[Additional Counsel and Parties Appear at End]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE MARKEY,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>ALLIANCE SEMICONDUCTOR CORPORATION, et al.,<br><br>　　　　　　Defendants. | Civil No. C-06-7428 MMC<br><br>MDL 1819<br><br>**JOINT STIPULATION TO STAY PROCEEDING OR, IN THE ALTERNATIVE, CONTINUE CASE MANAGEMENT DEADLINES PENDING TAG-ALONG ORDER PURSUANT TO JUDICIAL PANEL ON MULTIDISTRICT LITIGATION ORDER GRANTING MDL 1819;** [PROPOSED] **ORDER** |

1

Gibson, Dunn & Crutcher LLP

JOINT STIPULATION AND [PROPOSED] ORDER TO STAY PROCEEDING OR, IN THE ALTERNATIVE, CONTINUE CASE MANAGEMENT DEADLINES PENDING TAG-ALONG ORDER PURSUANT TO JUDICIAL PANEL ON MULTIDISTRICT LITIGATION ORDER GRANTING MDL 1819; CASE NO. C-06-7428 MMC

Pursuant to Civil Local Rules 7-12 and 16-2(e) of the United States District Court for the Northern District of California, the following parties hereby stipulate to a stay of the proceeding, or, alternatively, a continuance of the case management dates, for the following good cause:

1.  At least 65 complaints have been filed to date in federal district courts by plaintiffs bringing class actions on behalf of either direct or indirect purchasers alleging price fixing by manufacturers of Static Random Access Memory ("SRAM") (collectively, the "SRAM cases").

2.  On February 9, 2007, the Judicial Panel on Multidistrict Litigation ("JPML") issued a transfer order centralizing certain SRAM cases and the SRAM litigation in this district for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407 (MDL No. 1819).

3.  The JPML's February 9, 2007 order states that the JPML has been notified of over 50 additional related actions, and that these actions and any other related actions will be treated as potential tag-along actions pursuant to Rules 7.4 and 7.5 of the Rules of Procedure of the JPML.

4.  The parties agree that the above-captioned case will be consolidated shortly into MDL No. 1819 pursuant to Rules 7.4 and 7.5 of the Rules of Procedure of the JPML.

5.  Even before the February 9, 2007 transfer order issued by the JPML, at least four courts in this district determined that there existed grounds to either stay an SRAM proceeding or continue case management deadlines in six SRAM actions pending the outcome of proposed MDL No. 1819. *See Dataplex, Inc. v. Alliance Semiconductor Corp., et al.*, No. 06-6491 CW (12/27/06 Order of Judge Wilken to temporarily stay proceeding pending decision by JPML); *Stargate Films, Inc. v. Alliance Semiconductor Corp., et al.*, No. 06-7007 CW (12/27/06 Order of Judge Wilken to temporarily stay proceeding pending decision by JPML); *Maites v. Samsung Electronics Co., Ltd., et al.,* No. 6-6542 SBA (12/27/06 Order of Judge Armstrong to continue case management dates pending decision by JPML); *Reclaim Center, Inc., et al. v. Samsung Electronics Co., Ltd., et al.*, No. 06-6533 SI (12/22/06 Order of Judge Illston to stay proceeding pending decision by JPML); *Madsen v. Samsung Electronics Co., Ltd., et al.*, No. 06-6541 SI (12/22/06 Order of Judge Illston to continue case management deadlines pending decision by JPML); *Ma v. Alliance Semiconductor Corp., et al.,*

2

Gibson, Dunn & Crutcher LLP

JOINT STIPULATION AND [PROPOSED] ORDER TO STAY PROCEEDING OR, IN THE ALTERNATIVE, CONTINUE CASE MANAGEMENT DEADLINES PENDING TAG-ALONG ORDER PURSUANT TO JUDICIAL PANEL ON MULTIDISTRICT LITIGATION ORDER GRANTING MDL 1819; CASE NO. C-06-7428 MMC

No. 06-6511 EDL (12/20/06 Order of Judge Laporte to continue case management deadlines and conference pending decision by JPML).

6. Several of the dates set forth in the Case Management Scheduling Order filed December 5, 2006 in the above-captioned case (Document 2), including deadlines imposed by Federal Rules of Civil Procedure 26, Local Rule 16, and ADR Local Rule 3.5, will likely come to pass before the above-captioned case is consolidated into MDL No. 1819 pursuant to Rules 7.4 and 7.5 of the Rules of Procedure of the JPML.

7. The parties agree that a temporary stay of this proceeding pending the consolidation of the above-captioned case into MDL 1819 would promote judicial efficiency, allow consistency in pretrial rulings, and be most convenient to the parties, including the Plaintiffs in the above-captioned action.

8. The parties agree that this joint stipulation does not constitute a waiver of any defense, including but not limited to the defense of lack of personal or subject matter jurisdiction or improper venue.

9. Accordingly, the parties hereby STIPULATE to and respectfully request the Court to temporarily STAY the proceeding and VACATE the dates set forth in the Case Management Scheduling Order filed December 5, 2006 (Document 2) pending the consolidation of the above-captioned case into MDL 1819.  The affected dates include the deadline to meet and confer and file Joint ADR Certification (currently February 16, 2007); the deadline to complete Initial Disclosures, the Joint Case Management Statement, and the Rule 26(f) Report (currently March 2, 2007); and the Initial Case Management Conference (currently March 9, 2007).

10. In the alternative, the parties hereby STIPULATE to and respectfully request the Court to CONTINUE the dates set forth in the Case Management Scheduling Order filed December 5, 2006

//
//
//
//
//

Gibson, Dunn & Crutcher LLP

JOINT STIPULATION AND [PROPOSED] ORDER TO STAY PROCEEDING OR, IN THE ALTERNATIVE, CONTINUE CASE MANAGEMENT DEADLINES PENDING TAG-ALONG ORDER PURSUANT TO JUDICIAL PANEL ON MULTIDISTRICT LITIGATION ORDER GRANTING MDL 1819; CASE NO. C-06-7428 MMC

1  (Document 2).  The affected dates are those set forth in Paragraph 9.  The parties propose extending

2  these dates 90 days to May 17, June 1, and June 8, 2007, respectively.

Dated:  February 16, 2007

Respectfully Submitted,

Joel S. Sanders
Adam Wilson
GIBSON, DUNN & CRUTCHER LLP
One Montgomery Street
Montgomery Tower, 31st Floor
San Francisco, CA  94104

Ronald C. Redcay
ARNOLD & PORTER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, California  90017-2513

By:_____/s/ Adam Wilson_____
           Adam Wilson

Attorneys for Defendants Micron Technology,
Inc. and Micron Semiconductor Products, Inc.

Dated:  February 16, 2007

Elizabeth C. Pritzker
Aaron M. Sheanin
Lindy K. Lucero
GIRARD GIBBS LLP
601 California Street, 14th Floor
San Francisco, CA 94108

By:_____/s/ Elizabeth C. Pritzker_____
           Elizabeth C. Pritzker

Attorneys for Plaintiff Lawrence Markey

Gibson, Dunn & Crutcher LLP

JOINT STIPULATION AND [PROPOSED] ORDER TO STAY PROCEEDING OR, IN THE ALTERNATIVE, CONTINUE CASE MANAGEMENT DEADLINES PENDING TAG-ALONG ORDER PURSUANT TO JUDICIAL PANEL ON MULTIDISTRICT LITIGATION ORDER GRANTING MDL 1819; CASE NO. C-06-7428 MMC

DATED:  February 16, 2007         Respectfully submitted:


By:   /s/ Jonathan Swartz
Robert Pringle
Paul Griffin
Jonathan Swartz
THELEN REID BROWN RAYSMAN & STEINER LLP
101 Second Street, Suite 1800
San Francisco, CA  94105

Attorneys for Defendant NEC Electronics America, Inc.


DATED:  February 16, 2007         Respectfully submitted:


By:   /s/ Shinyung Oh
Kevin C. McCann
Shinyung Oh
PAUL, HASTINGS, JANOFSKY & WALKER LLP
55 Second Street, 24th Floor
San Francisco, CA  94105

Attorneys for Defendant Alliance Semiconductor Corporation

5

Gibson, Dunn & Crutcher LLP

JOINT STIPULATION AND [PROPOSED] ORDER TO STAY PROCEEDING OR, IN THE ALTERNATIVE, CONTINUE CASE MANAGEMENT DEADLINES PENDING TAG-ALONG ORDER PURSUANT TO JUDICIAL PANEL ON MULTIDISTRICT LITIGATION ORDER GRANTING MDL 1819; CASE NO. C-06-7428 MMC

**PURSUANT TO STIPULATION, IT IS SO ORDERED.** The above-titled case is stayed pending a decision by the Judicial Panel on Multidistrict Litigation.

Dated: February 21, 2007

_____
THE HONORABLE MAXINE M. CHESNEY
United States District Judge

Gibson, Dunn & Crutcher LLP

6

JOINT STIPULATION AND [PROPOSED] ORDER TO STAY PROCEEDING OR, IN THE ALTERNATIVE, CONTINUE CASE MANAGEMENT DEADLINES PENDING TAG-ALONG ORDER PURSUANT TO JUDICIAL PANEL ON MULTIDISTRICT LITIGATION ORDER GRANTING MDL 1819; CASE NO. C-06-7428 MMC