IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: STATIC RANDOM ACCESS (SRAM) ANTITRUST LITIGATION | No. M 07-1819 CW<br>(MDL No. 1819) |
| This Order Relates to All Cases Listed on Attachment A | ADMINISTRATIVE ORDER |

    The Judicial Panel on Multidistrict Litigation ("the Panel") has transferred to this Court for coordinated or consolidated pretrial proceedings certain actions relating to an alleged conspiracy to fix the price of Static Random Access Memory, which is often referred to as "SRAM" (MDL 1819).  The cases listed on Attachment A were filed in the Northern District of California and related to C-06-6491 CW, Dataplex, Inc. v. Alliance Semiconductor, et al., the underlying case in MDL 1819.  These actions involve questions of fact that are common to the actions transferred under 28 U.S.C. § 1407 to the Northern District of California.  The Clerk in the Northern District of California has established M-07-1819 CW, In Re Static Random Access Memory (SRAM) Antitrust Litigation, as the Master Docket for all SRAM litigation cases.  Accordingly,

    IT IS HEREBY ORDERED that all cases listed on Attachment A

shall be included in Master Docket M-07-1819 CW, <u>In re Static Random Access Memory (SRAM) Antitrust Litigation</u>, for coordinated or consolidated pretrial proceedings.  **All pleadings relating to two or more actions shall be filed in the Master Docket.  If a pleading relates to a single action, the pleading shall be filed in the individual action.**  For subsequent cases filed in the Northern District of California, an Administrative Motion to Consider Whether Cases Should Be Related shall be filed in C-06-6491 CW, <u>Dataplex, Inc. v. Alliance Semiconductor, et al.</u>  Upon the Court relating the subsequent cases, they shall automatically be included on the Master Docket.

```
4/25/07                                  /s/ Claudia Wilken
Dated                                    _____
                                         CLAUDIA WILKEN
                                         United States District Judge
```

**ATTACHMENT A**

| | |
|---|---|
| 4-06-6541 | Madsen, et al. v. Samsung Electronics, et al., |
| 4-06-6542 | Maites, et al. v. Samsung Electronics, et al., |
| 4-06-6652 | Westell Technologies v. Alliance Semiconductor, et al. |
| 4-06-6663 | Takeda v. Alliance Semiconductor, et al. |
| 4-06-6668 | Juskiewicz v. Samsung Electronics, et al. |
| 4-06-6698 | Chip-Tech, Ltd. v. Cypress Semiconductor, et al. |
| 4-06-6770 | Ayers, et al. v. Samsung Electronics, et al. |
| 4-06-7006 | Thompson, et al. v. Alliance Semiconductor, et al. |
| 4-06-7007 | Stargate Films, Inc. v. Alliance Semiconductor, et al. |
| 4-06-7194 | Katz v. Samsung Electronics, et al. |
| 4-06-7428 | Markey v. Alliance Semiconductor, et al. |
| 4-06-7637 | Telular Corp. v. Alliance Semiconductor, et al. |
| 4-06-7731 | Reedy v. Cypress Semiconductor, et al. |
| 4-06-7851 | Autotime Corp. v. Samsung Electronics, et al. |
| 4-06-7950 | Greenwell, et al. v. Alliance Semiconductor, et al. |
| 4-07-0228 | Ralik v. Cypress Semiconductor, et al. |
| 4-07-0509 | Baranic v. Samsung Electronics, et al. |
| 4-07-0916 | Barnes v. Alliance Semiconductor, et al. |
| 4-07-0918 | Perez v. Alliance Semiconductor, et al. |
| 4-07-0949 | Koch v. Samsung Electronics, et al. |
| 4-07-0950 | Hochstein v. Samsung Electronics, et al. |
| 4-07-0969 | Kreitzer, et al. v. Cypress Semiconductor, et al. |
| 4-07-0993 | Salzman, et al. v. Cypress Semiconductor, et al. |
| 4-07-1037 | Berezin v. Alliance Semiconductor, et al. |